IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK C. JOHNSON, JR. et al.,

    Plaintiffs,

v.                                         Case No. 1:11cv99-SPM/GRJ

MARY GRACE CURTIN, et al.,

    Defendants.

_____/

## ORDER

    This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 20) which recommends that the Motion to Proceed *In Forma Pauperis* (doc. 14) be denied, the case be dismissed, and all other pending motions denied as moot. Plaintiff, Frank Johnson, filed a Motion for Leave to File Amended Objections (doc. 24) to the Report and Recommendation which the Court will construe as objections. Despite those objections, I have determined that the Report and Recommendation is accurate and should be adopted.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.    The Magistrate Judge's Report and Recommendation (doc. 20) is **adopted** and incorporated by reference into this order.

2. The Motion to Proceed *In Forma Pauperis* (doc. 14) is **denied**.

3. This case is **dismissed**.

4. Plaintiff's Motion for Leave to File in the Eight Judicial Circuit for Hearing (doc. 15); Motion for Leave to File Responses to Clerk Letter (doc. 16); Motion for Leave to Motion for Court to Take Judicial Notice (doc. 17); Motion for Leave to File (doc. 18); and Motion for Leave to File (doc. 19) are **denied** as moot.

5. Plaintiff's Motion for Leave to File Motion for Relief of the Report and Recommendation and Motion to Stay (doc. 21) and Motion for Leave to File for Stay (doc. 22) are **denied**.

6. All other pending motions are **denied** as moot.

7. The Clerk is directed to close this case.

8. The Clerk is directed to refuse any case opening filings from Plaintiffs without full payment of the filing fee in advance.

**DONE AND ORDERED** this 4th day of January, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge